| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF CONNECTICUT | |
| Case number *(if known)* | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**           **Parklands Office Park, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)          **56-2526351**

4. **Debtor's address**

   **Principal place of business**

   **c/o Signature Group, LLC**
   **Three Parklands Drive**
   **Darien, CT 06820**
   Number, Street, City, State & ZIP Code

   **Fairfield**
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)     **http://www.signatureg.com**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ■ Other. Specify:     **Limited Liability Company**

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **Parklands Office Park, LLC** _____    Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Parklands Office Park, LLC** _____  Case number (*if known*) _____
       Name

11. **Why is the case filed in *this district?*** *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  **Parklands Office Park, LLC**_____  Case number (*if known*)_____
       Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 29, 2016**
              MM / DD / YYYY

X **/s/ Robert J. Gillon, Jr**_____       **Robert J. Gillon, Jr**_____
  Signature of authorized representative of debtor       Printed name

  Title  **President, Fairfield Office Park, LLC, Debtor's Managing Mbr**

**18. Signature of attorney**

X **/s/ James Berman**_____       Date **March 29, 2016**
  Signature of attorney for debtor                    MM / DD / YYYY

**James Berman**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone  **(203) 368-4234**    Email address _____

**ct06027**
Bar number and State

# RESOLUTIONS ADOPTED BY UNANIMOUS CONSENT OF MEMBERS OF
# PARKLANDS OFFICE PARK, LLC

RESOLVED, that Parklands Office Park, LLC (the "Company") (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that, Robert J. Gillon, Jr., the President of the First Fairfield Group, Inc., the Manager of the Company (the "Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer so acting may approve;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved.

FURTHER RESOLVED, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, attorneys, financial advisors and accountants as the Officer so acting shall deem appropriate in his or their judgment;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Members of the Company, which have been taken, caused to have been taken or made prior to the

effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Dated: March 28 2016

FIRST FAIRFIELD GOUP INC.
Managing Member of the company

By: _____
Name: Robert J. Gillon, Jr.
Title: President

P.P.O., INC.
Member

By: /s/ John Willard
Name: John Willard
Title: President.

SREP PARKLAND ASSOCIATES, LLC
Member

By: _____
Name: Nicholas D. Newman
Title: Authorized Signatory

2

Fill in this information to identify the case:

Debtor name: **Parklands Office Park, LLC**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Eversource** Attn: Pres. GP or Mng. Mbr. 107 Seldon Street Berlin, CT 06037 | | Utility | | | | $17,883.63 |
| **Sarracco Mechanical Services,** Attn: Pres. GP or Mng. Mbr. 71 Naugatuck Drive Naugatuck, CT 06770 | | | | | | $15,637.75 |
| **William W Seymour & Associates** Attn: Pres. GP or Mng. Mbr. 170 Noroton Ave Darien, CT 06820 | | | | | | $13,540.00 |
| **EGA Architects** Attn: Pres. GP or Mng. Mbr. One Vernon Street Newburyport, MA 01950 | | | | | | $11,161.63 |
| **Nedder & Associates** Attn: Pres. GP or Mng. Mbr. 3 Parklands Drive, Ste 201 Shelton, CT 06484 | | | | | | $8,200.00 |
| **Verses & Carlucci, LLC** Attn: Pres. GP or Mng. Mbr. 85 Blue Rock Drive Stamford, CT 06903 | | | | | | $7,847.70 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Parklands Office Park, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Otis Elevator Company, Inc.**<br>Attn: Pres. GP or Mng. Mbr.<br>One Farms Springs<br>Farmington, CT 06032 | | | | | | $7,416.16 |
| **Daniel W. Moger, Jr., LLC**<br>Attn: Pres. GP or Mng. Mbr.<br>530 Old Post Rd No 3<br>Greenwich, CT 06830 | | | | | | $5,465.00 |
| **Hydro Environmental Solutions**<br>Attn: Pres. GP or Mng. Mbr.<br>1 Deans Bridge Rd<br>Somers, NY 10589 | | | | | | $5,252.00 |
| **J&M Cleaning Solutions, LLC**<br>Attn: Pres. GP or Mng. Mbr.<br>265 E. Village Road<br>Shelton, CT 06484 | | | | | | $4,852.89 |
| **Redniss & Mead, Inc.**<br>Attn: Pres. GP or Mng. Mbr.<br>22 1st St<br>Stamford, CT 06905 | | | | | | $3,644.54 |
| **A.P. Mechanical, LLC**<br>Attn: Pres. GP or Mng. Mbr.<br>5 Warehouse Lane, Ste 160<br>Elmsford, NY 10523 | | | | | | $2,770.40 |
| **Independent Elevator Co, LLC**<br>Attn: Pres. GP or Mng. Mbr.<br>84 Zeya Drive<br>Coventry, CT 06238 | | | | | | $2,142.63 |
| **Simplexgrinnel**<br>Attn: Pres. GP or Mng. Mbr.<br>80 Clark Drive<br>East Berlin, CT 06023 | | | | | | $1,934.07 |

Debtor **Parklands Office Park, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Utica National Ins. Group** **Attn: Pres. GP or Mng. Mbr.** **PO Box 6532** **Utica, NY 13504** | | | | | | $1,894.00 |
| **Town of Darien** **Tax Collector** **2 Renshaw Rd** **Darien, CT 06820** | | | | | | $1,640.52 |
| **Eversource** **Attn: Pres. GP or Mng. Mbr.** **107 Seldon Street** **Berlin, CT 06037** | | | | | | $1,534.09 |

# United States Bankruptcy Court
### District of Connecticut

In re  **Parklands Office Park, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **First Fairfield Group, Inc.**<br>**c/o Robert Gillon**<br>**Three Parklands Drive**<br>**Darien, CT 06820** | | | **29%** |
| **P.P.O., Inc.**<br>**c/o John R. Willard**<br>**Larkspur Lane**<br>**Savannah, GA 31411** | | | **55%** |
| **SREP Parkland Associates, LIC**<br>**Attn: Nick Newman**<br>**One Stamford Forum**<br>**Stamford, CT 06901** | | | **16%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President, Fairfield Office Park, LLC, Debtor's Managing Mbr** of the Limited Liability Company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 29, 2016**

Signature  **/s/ Robert J. Gillon, Jr**  
**Robert J. Gillon, Jr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Connecticut**

In re **Parklands Office Park, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, Fairfield Office Park, LLC, Debtor's Managing Mbr of the Limited Liability Company named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 29, 2016**

**/s/ Robert J. Gillon, Jr**
**Robert J. Gillon, Jr**/**President, Fairfield Office Park, LLC, Debtor's Managing Mbr**
Signer/Title

```
State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


U.S. Department of Justice
Attn:  Loretta Lynch, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


A.P. Mechanical, LLC
Attn: Pres. GP or Mng. Mbr.
5 Warehouse Lane, Ste 160
Elmsford, NY 10523


Daniel W. Moger, Jr., LLC
Attn: Pres. GP or Mng. Mbr.
530 Old Post Rd No 3
Greenwich, CT 06830


EGA Architects
Attn: Pres. GP or Mng. Mbr.
One Vernon Street
Newburyport, MA 01950


Eversource
Attn: Pres. GP or Mng. Mbr.
107 Seldon Street
Berlin, CT 06037


First Fairfield Group, Inc.
c/o Robert Gillon
Three Parklands Drive
Darien, CT 06820
```

```
Hydro Environmental Solutions
Attn: Pres. GP or Mng. Mbr.
1 Deans Bridge Rd
Somers, NY 10589


Independent Elevator Co, LLC
Attn: Pres. GP or Mng. Mbr.
84 Zeya Drive
Coventry, CT 06238


J&M Cleaning Solutions, LLC
Attn: Pres. GP or Mng. Mbr.
265 E. Village Road
Shelton, CT 06484


Mark Slama,Esq.
Windels,Mark,Lane & Mittendorf
156 W 56th St Fl 23
New York, NY 10019


Nedder & Associates
Attn: Pres. GP or Mng. Mbr.
3 Parklands Drive, Ste 201
Shelton, CT 06484


Otis Elevator Company, Inc.
Attn: Pres. GP or Mng. Mbr.
One Farms Springs
Farmington, CT 06032


P.P.O., Inc.
c/o John R. Willard
Larkspur Lane
Savannah, GA 31411


Paul A DeGenaro, Esq.
CT Special Counsel for
Windels Marx Lane &Mittendorf
350 Bedford Street, Ste 201
Stamford, CT 06901


Redniss & Mead, Inc.
Attn: Pres. GP or Mng. Mbr.
 22 1st St
Stamford, CT 06905
```

```
Sarracco Mechanical Services,
Attn: Pres. GP or Mng. Mbr.
71 Naugatuck Drive
Naugatuck, CT 06770


Simplexgrinnel
Attn: Pres. GP or Mng. Mbr.
80 Clark Drive
East Berlin, CT 06023


SREP Parkland Associates, LlC
Attn: Nick Newman
One Stamford Forum
Stamford, CT 06901


Town of Darien
Tax Collector
 2 Renshaw Rd
Darien, CT 06820


Utica National Ins. Group
Attn: Pres. GP or Mng. Mbr.
PO Box 6532
Utica, NY 13504


Verses & Carlucci, LLC
Attn: Pres. GP or Mng. Mbr.
 85 Blue Rock Drive
Stamford, CT 06903


Wells Fargo Bank, N.A. as
Trustee for the Reg. Holders
c/o Torch Light Investors
475 Fifth Avenue
New York, NY 10017


William W Seymour & Associates
Attn: Pres. GP or Mng. Mbr.
 170 Noroton Ave
Darien, CT 06820
```