# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

In re: PARKLANDS OFFICE PARK, LLC    § Case No. 16-50425
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. COAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $122,841.11 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $2,412,096.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $524,854.18 | |

  3) Total gross receipts of $ 3,872,030.03  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 935,079.85 (see **Exhibit 2**), yielded net receipts of $2,936,950.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,869,414.31 | $4,175,629.73 | $2,263,035.35 | $2,263,035.35 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 362,469.73 | 362,469.73 | 362,469.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 162,384.45 | 162,384.45 | 162,384.45 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,640.52 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 211,176.49 | 145,966.32 | 145,966.32 | 149,060.65 |
| **TOTAL DISBURSEMENTS** | $12,082,231.32 | $4,846,450.23 | $2,933,855.85 | $2,936,950.18 |

    4) This case was originally filed under Chapter 7 on March 29, 2016. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2019    By: /s/RICHARD M. COAN
                             Trustee, Bar No.: ct06376

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Parklands Office Park-Buildings 1 & 3 Darien | 1110-000 | 3,511,147.66 |
| Post-conversion rents received. | 1130-000 | 338,365.33 |
| D.I.P. ACCOUNT | 1229-000 | 22,517.04 |
| **TOTAL GROSS RECEIPTS** | | **$3,872,030.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PARKLANDS OFFICE PARK, LLC | Dividend paid 100.00% on $935,079.85; Claim# SURPLUS; Filed: $935,079.85; Reference: -- | 8200-002 | 935,079.85 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$935,079.85** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | 110 Parklands LLC | 4110-000 | 11,869,414.31 | 1,912,594.38 | 0.00 | 0.00 |
|   | 110 PARKLANDS LLC | 4110-000 | N/A | 2,243,184.16 | 2,243,184.16 | 2,243,184.16 |
|   | 110 PARKLANDS LLC | 4110-000 | N/A | 19,851.19 | 19,851.19 | 19,851.19 |
| **TOTAL SECURED CLAIMS** | | | **$11,869,414.31** | **$4,175,629.73** | **$2,263,035.35** | **$2,263,035.35** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RICHARD M. COAN | 2100-000 | N/A | 111,358.51 | 111,358.51 | 111,358.51 |
| Trustee Expenses - RICHARD M. COAN | 2200-000 | N/A | 315.71 | 315.71 | 315.71 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.68 | 44.68 | 44.68 |
| Other - Great Northern Elevator Company LLC | 2690-000 | N/A | 23,396.79 | 23,396.79 | 23,396.79 |
| Other - Eversource | 2690-000 | N/A | 4,927.08 | 4,927.08 | 4,927.08 |
| Other - Aquarion Water Company of CT | 2690-000 | N/A | 379.84 | 379.84 | 379.84 |
| Other - M&J Cleaning Solutions | 2690-000 | N/A | 2,926.30 | 2,926.30 | 2,926.30 |
| Other - Michael Springer | 2690-000 | N/A | 392.00 | 392.00 | 392.00 |
| Other - Stephen Verses Landscaping | 2690-000 | N/A | 3,363.85 | 3,363.85 | 3,363.85 |
| Other - Winters Bros. Hauling | 2690-000 | N/A | 393.15 | 393.15 | 393.15 |
| Other - R. Piro Electric | 2690-000 | N/A | 735.00 | 735.00 | 735.00 |
| Other - Future Security Electronics | 2690-000 | N/A | 191.43 | 191.43 | 191.43 |
| Other - Green Valley Bookkeeping | 2690-000 | N/A | 360.00 | 360.00 | 360.00 |
| Other - Keough's Hardware | 2690-000 | N/A | 72.06 | 72.06 | 72.06 |
| Other - DARIEN TAX COLLECTOR | 2690-000 | N/A | 48,768.82 | 48,768.82 | 48,768.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 154.44 | 154.44 | 154.44 |
| Other - EVERSOURCE | 2690-000 | N/A | 895.38 | 895.38 | 895.38 |
| Other - EVERSOURCE | 2690-000 | N/A | 5,957.81 | 5,957.81 | 5,957.81 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,401.09 | 1,401.09 | 1,401.09 |
| Other - EVERSOURCE | 2690-000 | N/A | 410.69 | 410.69 | 410.69 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,444.03 | 1,444.03 | 1,444.03 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,267.75 | 1,267.75 | 1,267.75 |
| Other - CALDERON BROS DRYWALL LLC | 2690-000 | N/A | 6,021.78 | 6,021.78 | 6,021.78 |
| Other - TERRY FINN | 2690-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Other - FMK OFFICE & TECHNOLOGY MOVING | 2690-000 | N/A | 2,375.00 | 2,375.00 | 2,375.00 |
| Other - LANDMARK COMMUNICATIONIS GROUP | 2690-000 | N/A | 1,475.00 | 1,475.00 | 1,475.00 |
| Other - AP MECHANICAL | 2690-000 | N/A | 10,998.67 | 10,998.67 | 10,998.67 |
| Other - 1-800-NY BULBS, LTD | 2690-000 | N/A | 1,455.00 | 1,455.00 | 1,455.00 |
| Other - JOHNSON CONTROLS FIRE PROTECTION LP | 2690-000 | N/A | 333.61 | 333.61 | 333.61 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - OPTIMUM | 2690-000 | N/A | 404.00 | 404.00 | 404.00 |
| Other - CNA | 2690-000 | N/A | 337.09 | 337.09 | 337.09 |
| Other - M&J CLEAINING SOLUTIONS | 2690-000 | N/A | 2,946.80 | 2,946.80 | 2,946.80 |
| Other - AQUARION WATER COMPANY OF CT | 2690-000 | N/A | 286.63 | 286.63 | 286.63 |
| Other - AQUARION WATER COMPANY OF CT | 2690-000 | N/A | 134.45 | 134.45 | 134.45 |
| Other - WINTERS BROS. HAULING OF CT | 2690-000 | N/A | 393.15 | 393.15 | 393.15 |
| Other - FRONTIER | 2690-000 | N/A | 305.46 | 305.46 | 305.46 |
| Other - PLANTS A LA CARTE | 2690-000 | N/A | 199.71 | 199.71 | 199.71 |
| Other - COST REDUCTION SERVICES GROUP, LLC | 2690-000 | N/A | 8,111.74 | 8,111.74 | 8,111.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.45 | 99.45 | 99.45 |
| Other - LIBERTY MUTUAL INSURANCE | 2690-000 | N/A | 3,869.10 | 3,869.10 | 3,869.10 |
| Other - CNA INSURANCE | 2690-000 | N/A | 1,386.30 | 1,386.30 | 1,386.30 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,096.39 | 1,096.39 | 1,096.39 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,323.67 | 1,323.67 | 1,323.67 |
| Other - EVERSOURCE | 2690-000 | N/A | 332.94 | 332.94 | 332.94 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,445.67 | 1,445.67 | 1,445.67 |
| Other - EVERSOURCE | 2690-000 | N/A | 1,150.68 | 1,150.68 | 1,150.68 |
| Other - EVERSOURCE | 2690-000 | N/A | 519.21 | 519.21 | 519.21 |
| Other - AQUARION WATER COMPANY OF CT | 2690-000 | N/A | 543.60 | 543.60 | 543.60 |
| Other - AQUARION WATER COMPANY OF CT | 2690-000 | N/A | 273.82 | 273.82 | 273.82 |
| Other - REUBEN MARTINEZ PAINTING | 2690-000 | N/A | 1,382.55 | 1,382.55 | 1,382.55 |
| Other - JAF CONSTRUCTION, LLC | 2690-000 | N/A | 6,251.26 | 6,251.26 | 6,251.26 |
| Other - BUCKLEY APPRAISAL SERVICES, INC. | 2690-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - AP MECHANICAL | 2690-000 | N/A | 2,710.00 | 2,710.00 | 2,710.00 |
| Other - FLOOR COVERING WAREHOUSE | 2690-000 | N/A | 1,847.13 | 1,847.13 | 1,847.13 |
| Other - PRO-TECH HEATING & AIR CONDITIONING CO. | 2690-000 | N/A | 3,892.41 | 3,892.41 | 3,892.41 |
| Other - OPTIMUM | 2690-000 | N/A | 195.31 | 195.31 | 195.31 |
| Other - M&J CLEANING SOLUTIONS | 2690-000 | N/A | 2,974.80 | 2,974.80 | 2,974.80 |
| Other - MICHAEL SPRINGER | 2690-000 | N/A | 705.00 | 705.00 | 705.00 |
| Other - GREAT NORTHERN ELEVATOR COMPANY | 2690-000 | N/A | 18,717.43 | 18,717.43 | 18,717.43 |
| Other - STPEHEN VERSES LANDSCAPING | 2690-000 | N/A | 6,216.16 | 6,216.16 | 6,216.16 |
| Other - WINTERS BROS. HAULING | 2690-000 | N/A | 393.15 | 393.15 | 393.15 |
| Other - FRONTIER | 2690-000 | N/A | 152.47 | 152.47 | 152.47 |
| Other - FOLEY'S PUMP SERVICE | 2690-000 | N/A | 149.95 | 149.95 | 149.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - STATE OF CONNECTICUT BUREAU OF BOILERS | 2690-000 | N/A | 80.00 | 80.00 | 80.00 |
| Other - GREAT NORTHERN ELEVATOR COMPANY | 2690-000 | N/A | 550.89 | 550.89 | 550.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 312.06 | 312.06 | 312.06 |
| Other - DARIEN TOWN CLERK/ STATE OF CT | 2500-000 | N/A | 52,500.00 | 52,500.00 | 52,500.00 |
| Other - DARIEN TOWN CLERKR | 2500-000 | N/A | 140.00 | 140.00 | 140.00 |
| Other - DARIEN TAX COLLECTOR | 2500-000 | N/A | 962.44 | 962.44 | 962.44 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 230.39 | 230.39 | 230.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $362,469.73 | $362,469.73 | $362,469.73 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Connecticut Department of Revenue Services | 6820-000 | N/A | 52,232.82 | 52,232.82 | 52,232.82 |
| ZEISLER & ZEISLER, PC. | 6210-160 | N/A | 110,151.63 | 110,151.63 | 110,151.63 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $162,384.45 | $162,384.45 | $162,384.45 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Town of Darien | 5200-000 | 1,640.52 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,640.52 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | A.P. Mechanical, LLC | 7100-000 | 2,770.40 | 3,383.91 | 3,383.91 | 3,383.91 |
| 1A | A.P. Mechanical, LLC | 7990-000 | N/A | N/A | 0.00 | 71.74 |
| 2 | Daniel W. Moger, Jr., LLC | 7100-000 | 5,465.00 | 11,865.00 | 11,865.00 | 11,865.00 |
| 2A | Daniel W. Moger, Jr., LLC | 7990-000 | N/A | N/A | 0.00 | 251.52 |
| 3 | Connecticut Light & Power DBA Eversource | 7100-000 | N/A | 29,394.79 | 29,394.79 | 29,394.79 |
| 3A | Connecticut Light & Power DBA Eversource | 7990-000 | N/A | N/A | 0.00 | 623.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Power Play Marketing & Media, LLC | 7100-000 | N/A | 52,463.95 | 52,463.95 | 52,463.95 |
| 4A | Power Play Marketing & Media, LLC | 7990-000 | N/A | N/A | 0.00 | 1,112.18 |
| 6 | Progressive Capital Management Corp. | 7100-000 | N/A | 32,000.00 | 32,000.00 | 32,000.00 |
| 6A | Progressive Capital Management Corp. | 7990-000 | N/A | N/A | 0.00 | 678.36 |
| 7 | Connecticut Light & Power DBA Eversource | 7100-000 | N/A | 16,858.67 | 16,858.67 | 16,858.67 |
| 7A | Connecticut Light & Power DBA Eversource | 7990-000 | N/A | N/A | 0.00 | 357.39 |
| NOTFILED | J&M Cleaning Solutions, LLC Attn: Pres. GP or Mng. Mbr. | 7100-000 | 4,852.89 | N/A | N/A | 0.00 |
| NOTFILED | Nedder & Associates Attn: Pres. GP or Mng. Mbr. | 7100-000 | 8,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Otis Elevator Company, Inc. Attn: Pres. GP or Mng. Mbr. | 7100-000 | 7,416.16 | N/A | N/A | 0.00 |
| NOTFILED | Independent Elevator Co, LLC Attn: Pres. GP or Mng. Mbr. | 7100-000 | 2,142.63 | N/A | N/A | 0.00 |
| NOTFILED | First Fairfield Group, Inc. c/o Robert Gillon | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hydro Environmental Solutions Attn: Pres. GP or | 7100-000 | 5,252.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarracco Mechanical Services, Attn: Pres. GP or | 7100-000 | 15,637.75 | N/A | N/A | 0.00 |
| NOTFILED | Redniss & Mead, Inc. Attn: Pres. GP or Mng. Mbr. | 7100-000 | 3,644.54 | N/A | N/A | 0.00 |
| NOTFILED | Verses & Carlucci, LLC Attn: Pres. GP or Mng. Mbr. | 7100-000 | 7,847.70 | N/A | N/A | 0.00 |
| NOTFILED | William W Seymour & Associates Attn: Pres. GP or | 7100-000 | 13,540.00 | N/A | N/A | 0.00 |
| NOTFILED | SREP Parkland Associates, LIC Attn: Nick Newman | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Utica National Ins. Group Attn: Pres. GP or Mng. Mbr. | 7100-000 | 1,894.00 | N/A | N/A | 0.00 |
| NOTFILED | Eversource Attn: Pres. GP or Mng. Mbr. | 7100-000 | 1,534.09 | N/A | N/A | 0.00 |
| NOTFILED | Simplexgrinnel Attn: Pres. GP or Mng. Mbr. | 7100-000 | 1,934.07 | N/A | N/A | 0.00 |
| NOTFILED | EGA Architects Attn: Pres. GP or Mng. Mbr. | 7100-000 | 11,161.63 | N/A | N/A | 0.00 |
| NOTFILED | Eversource Attn: Pres. GP or Mng. Mbr. | 7100-000 | 17,883.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $211,176.49 | $145,966.32 | $145,966.32 | $149,060.65 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50425  
**Case Name:** PARKLANDS OFFICE PARK, LLC  

**Period Ending:** 10/11/19

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 06/25/18 (c)  
**§341(a) Meeting Date:** 08/01/18  
**Claims Bar Date:** 09/04/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Parklands Office Park-Buildings 1 & 3 Darien     BUILDING 1 SOLD DURING CHAPTER 11. TRUSTEE MAY BE ABLE TO SELL BUILDING 3 FOR $3.5 MILLION, ENOUGH TO PAY ALL CREDITORS IN FULL | 17,500,000.00 | 1,500,000.00 | | 3,511,147.66 | FA |
| 2 | Checking Account at Darien Bank & Trust, xxxxxx6     CONSUMED DURING CHAPTER 11 | 6,797.11 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Connecticut Community Bank, (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Eversource Utility Deposit     AS OF SALE OF PROPERTY, THIS IS NOW A SOVLENT CASE WITH SURPLUS TO DEBTOR. NO NEED TO TAKE SECURITY DEPOSIT. | 2,295.00 | 2,295.00 | | 0.00 | FA |
| 5 | Prepayment to Nedder & Associates     Prepayment - consumed prior to conversion to Chapter 7 | 6,150.00 | 6,150.00 | | 0.00 | FA |
| 6 | Prepayment to Zeisler and Zeisler     APPLIED TO ALLOWED FEE | 43,433.00 | 43,433.00 | | 0.00 | FA |
| 7 | Prepayment to DYMAR, Inc.     Prepayment - consumed prior to conversion to Chapter 7 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 8 | Prepayment to EGA, PC     Prepayment - consumed prior to conversion to Chapter 7 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 9 | Prepayment to Senior Living Development, LLC     Prepayment - consumed prior to conversion to Chapter 7 | 16,666.00 | 16,666.00 | | 0.00 | FA |
| 10 | A/R Over 90 days old. Face amount = $186,519.30. | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 11 | Post-conversion rents received. | Unknown | Unknown | | 338,365.33 | FA |
| 12 | D.I.P. ACCOUNT  (u) | 22,517.04 | 22,517.04 | | 22,517.04 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$17,645,358.15** | **$1,638,561.04** | | **$3,872,030.03** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50425  
**Case Name:** PARKLANDS OFFICE PARK, LLC  

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 06/25/18 (c)  
**§341(a) Meeting Date:** 08/01/18  

**Period Ending:** 10/11/19  
**Claims Bar Date:** 09/04/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

9/28/18 Filed motion to sell real estate for $3.5 million.

10/31/18 Court approved motion to sell

11/26/18 Sale closed. After Ch. 11 admin bar date, 1/4/19, and clearing of all checks, presumably by 1/31/19, can prepare TFR.

03/04/19 Could not file TFR because debtor has to amend tax returns to reduce large claim by DRS. Accountant estimates that will be done this week.

03/26/19 emailed accountant to inquire about tax returns.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2019    **Current Projected Date Of Final Report (TFR):**   May 22, 2019  (Actual)

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-50425  
**Case Name:** PARKLANDS OFFICE PARK, LLC  
**Taxpayer ID #:** **-***6351  
**Period Ending:** 10/11/19  

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $16,467,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/18 | {11} | EMMETT J. MURTHA | JULY RENT | 1130-000 | 2,500.00 | | 2,500.00 |
| 07/16/18 | {11} | SIGNATURE GROUP, LLC | JULY RENT | 1130-000 | 2,500.00 | | 5,000.00 |
| 07/16/18 | {11} | NORSELAND INC. | JULY RENT | 1130-000 | 55,136.88 | | 60,136.88 |
| 07/27/18 | {12} | PARKLANDS OFFICE PARK, LLC/PEOPLES' UNITED BANK | CLOSE OF D.I.P;. ACCOUONT | 1229-000 | 22,517.04 | | 82,653.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.68 | 82,609.24 |
| 08/08/18 | {11} | Inv Metrics LLC Corporate | Wire transfer to pay August rent | 1130-000 | 20,562.00 | | 103,171.24 |
| 08/14/18 | {11} | FAIRFIELD RESOURCES, LLC | AUGUST RENT | 1130-000 | 2,500.00 | | 105,671.24 |
| 08/14/18 | {11} | SIGNATURE GROUP, LLC | AUGUST RENT | 1130-000 | 2,500.00 | | 108,171.24 |
| 08/14/18 | {11} | NORSELAND INC | AUGUST RENT | 1130-000 | 54,385.89 | | 162,557.13 |
| 08/15/18 | 101 | Great Northern Elevator Company LLC | 50% of invoice for Elevator Repair | 2690-000 | | 23,396.79 | 139,160.34 |
| 08/15/18 | 102 | Eversource | Electric Bills | 2690-000 | | 4,927.08 | 134,233.26 |
| 08/15/18 | 103 | Aquarion Water Company of CT | Water Bill | 2690-000 | | 379.84 | 133,853.42 |
| 08/15/18 | 104 | M&J Cleaning Solutions | Cleaning bill | 2690-000 | | 2,926.30 | 130,927.12 |
| 08/15/18 | 105 | Michael Springer | Maintenance/Porter bill | 2690-000 | | 392.00 | 130,535.12 |
| 08/15/18 | 106 | Stephen Verses Landscaping | Landscaping | 2690-000 | | 3,363.85 | 127,171.27 |
| 08/15/18 | 107 | Winters Bros. Hauling | Trash Pickup | 2690-000 | | 393.15 | 126,778.12 |
| 08/15/18 | 108 | R. Piro Electric | Electrical Repairs | 2690-000 | | 735.00 | 126,043.12 |
| 08/15/18 | 109 | Future Security Electronics | Front Door Repair | 2690-000 | | 191.43 | 125,851.69 |
| 08/15/18 | 110 | Green Valley Bookkeeping | Bookkeeper | 2690-000 | | 360.00 | 125,491.69 |
| 08/15/18 | 111 | Keough's Hardware | Hardware for Building Repairs | 2690-000 | | 72.06 | 125,419.63 |
| 08/16/18 | 112 | DARIEN TAX COLLECTOR | July 2018 real estate tax bill plus interest. | 2690-000 | | 48,768.82 | 76,650.81 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.44 | 76,496.37 |
| 09/06/18 | 113 | EVERSOURCE | ACCOUNT NO. 5100 405-8038 | 2690-000 | | 895.38 | 75,600.99 |
| 09/06/18 | 114 | EVERSOURCE | ACCOUNT NO. 51121848097 | 2690-000 | | 5,957.81 | 69,643.18 |
| 09/06/18 | 115 | EVERSOURCE | ACCOUNT NO.51487848087 | 2690-000 | | 1,401.09 | 68,242.09 |
| 09/06/18 | 116 | EVERSOURCE | ACCOUNT NO.51515848059 | 2690-000 | | 410.69 | 67,831.40 |
| 09/06/18 | 117 | EVERSOURCE | ACCOUNT NO.51704058031 | 2690-000 | | 1,444.03 | 66,387.37 |
| 09/06/18 | 118 | EVERSOURCE | ACCOUNT NO.51853448017 | 2690-000 | | 1,267.75 | 65,119.62 |
| 09/06/18 | 119 | CALDERON BROS DRYWALL LLC | REMODELING OFFICE SPACE - INVOICE OF 8/22/18 | 2690-000 | | 6,021.78 | 59,097.84 |
| 09/06/18 | 120 | TERRY FINN | ELECTRICAL WORK - INVOICE OF 8/29/18 | 2690-000 | | 1,950.00 | 57,147.84 |
| 09/06/18 | 121 | FMK OFFICE & TECHNOLOGY MOVING | INVOICE 08252018 - TENANT IMPROVEMENT WORK PER LEASE | 2690-000 | | 2,375.00 | 54,772.84 |
| 09/06/18 | 122 | LANDMARK COMMUNICATIONIS GROUP | INVOICE 1384 - RE-WIRING - TENANT IMPROVEMENT PER LEASE | 2690-000 | | 1,475.00 | 53,297.84 |

Subtotals :  $162,601.81    $109,303.97

{} Asset reference(s)

Printed: 10/11/2019 09:40 AM    V.14.57

## Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-50425 | | Trustee: | RICHARD M. COAN (270140) |
| Case Name: | PARKLANDS OFFICE PARK, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***6351 | | Blanket Bond: | $16,467,558.00  (per case limit) |
| Period Ending: | 10/11/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/18 | 123 | AP MECHANICAL | PARTIAL PAYMENT FOR HVAC REPAIRS PER CONTRACT - INVOICE 4227-03 | 2690-000 | | 10,998.67 | 42,299.17 |
| 09/06/18 | 124 | 1-800-NY BULBS, LTD | LIGHTING UPGRADE - LAST PAYMENT ON CONTRACT | 2690-000 | | 1,455.00 | 40,844.17 |
| 09/06/18 | 125 | JOHNSON CONTROLS FIRE PROTECTION LP | FIRE PROTECTION CONTRACT INVOICE 20232801 | 2690-000 | | 333.61 | 40,510.56 |
| 09/06/18 | 126 | OPTIMUM | CABLE SERVICES FOR BUILDING | 2690-000 | | 404.00 | 40,106.56 |
| 09/06/18 | 127 | CNA | INSURANCE - INVOICE 0019040837, ACCT. NO. 3032435199 | 2690-000 | | 337.09 | 39,769.47 |
| 09/06/18 | 128 | M&J CLEANING SOLUTIONS | INVOICE #19 JULY 2018 CLEANING SERVICES AND SUPPLIES | 2690-000 | | 2,946.80 | 36,822.67 |
| 09/06/18 | 129 | AQUARION WATER COMPANY OF CT | ACCT 200122908 | 2690-000 | | 286.63 | 36,536.04 |
| 09/06/18 | 130 | AQUARION WATER COMPANY OF CT | ACCT 200118644 | 2690-000 | | 134.45 | 36,401.59 |
| 09/06/18 | 131 | WINTERS BROS. HAULING OF CT | INVOICE 1171458 -JUNE SERVICE | 2690-000 | | 393.15 | 36,008.44 |
| 09/06/18 | 132 | FRONTIER | ACCT. 203-656-4654-051497-5 - ELEVATOR EMERGENCY PHONE | 2690-000 | | 305.46 | 35,702.98 |
| 09/06/18 | 133 | PLANTS A LA CARTE | INDOOR PLANT CARE | 2690-000 | | 199.71 | 35,503.27 |
| 09/06/18 | 134 | COST REDUCTION SERVICES GROUP, LLC | INVOICE OF JULY 19,2018 - RE TAX ASSESSMENT APPEAL<br>Stopped on 09/28/18 | 2690-000 | | 8,111.74 | 27,391.53 |
| 09/12/18 | {11} | EMMETT J. MURTHA | SEPTEMBER RENT | 1130-000 | 2,500.00 | | 29,891.53 |
| 09/12/18 | {11} | NORSELAND, INC. | RENT - 2017 ESCALATION | 1130-000 | 17,462.95 | | 47,354.48 |
| 09/12/18 | {11} | NORSELAND, INC. | SETPEMBER RENT | 1130-000 | 58,638.23 | | 105,992.71 |
| 09/12/18 | {11} | Inv Metrics LLC Corporate | SEPTEMBER RENT | 1130-000 | 30,685.55 | | 136,678.26 |
| 09/24/18 | {1} | SREP PARKLAND ASSOCIATES | EARNEST MONEY DEPOSIT | 1110-000 | 175,000.00 | | 311,678.26 |
| 09/28/18 | 134 | COST REDUCTION SERVICES GROUP, LLC | INVOICE OF JULY 19,2018 - RE TAX ASSESSMENT APPEAL<br>Stopped: check issued on 09/06/18 | 2690-000 | | -8,111.74 | 319,790.00 |
| 09/28/18 | 135 | COST REDUCTION SERVICES GROUP, LLC | INVOICE OF JULY 19, 2018 - RE: TAX ASSESSMENT APPEAL | 2690-000 | | 8,111.74 | 311,678.26 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.45 | 311,578.81 |
| 10/03/18 | 136 | LIBERTY MUTUAL INSURANCE | INSURANCE PREMIUM | 2690-000 | | 3,869.10 | 307,709.71 |
| 10/11/18 | {11} | INV METRICS LLC CORPORATE | ACH PAYMENT OF OCTOBER RENT | 1130-000 | 31,093.00 | | 338,802.71 |
| 10/15/18 | {11} | FAIRFIELD RESOURCES, LLC | OCTOBER RENT | 1130-000 | 2,500.00 | | 341,302.71 |
| 10/15/18 | {11} | NORSELAND INC. | OCTOBER RENT | 1130-000 | 55,400.83 | | 396,703.54 |
| 10/15/18 | 137 | CNA INSURANCE | INSURANCE PREMIUM -  GENERAL | 2690-000 | | 1,386.30 | 395,317.24 |

Subtotals :  $373,280.56    $31,261.16

{} Asset reference(s)

Printed: 10/11/2019 09:40 AM    V.14.57

Page: 3

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 16-50425 | | Trustee: | RICHARD M. COAN (270140) |
|---|---|---|---|---|
| Case Name: | PARKLANDS OFFICE PARK, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***6351 | | Blanket Bond: | $16,467,558.00 (per case limit) |
| Period Ending: | 10/11/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | LIABILITY POLICY NO. 6046389795 | | | | |
| 10/15/18 | 138 | EVERSOURCE | ACCOUNT NO. 5100 405-8038 | 2690-000 | | 1,096.39 | 394,220.85 |
| 10/15/18 | 139 | EVERSOURCE | ACCOUNT NO.51487848087 | 2690-000 | | 1,323.67 | 392,897.18 |
| 10/15/18 | 140 | EVERSOURCE | ACCOUNT NO.51515848059 | 2690-000 | | 332.94 | 392,564.24 |
| 10/15/18 | 141 | EVERSOURCE | ACCOUNT NO.51704058031 | 2690-000 | | 1,445.67 | 391,118.57 |
| 10/15/18 | 142 | EVERSOURCE | ACCOUNT NO.51853448017 | 2690-000 | | 1,150.68 | 389,967.89 |
| 10/15/18 | 143 | EVERSOURCE | ACCOUNT NO.51099948069 | 2690-000 | | 519.21 | 389,448.68 |
| 10/15/18 | 144 | AQUARION WATER COMPANY OF CT | ACCT 200122908 | 2690-000 | | 543.60 | 388,905.08 |
| 10/15/18 | 145 | AQUARION WATER COMPANY OF CT | ACCT 200118644 | 2690-000 | | 273.82 | 388,631.26 |
| 10/15/18 | 146 | REUBEN MARTINEZ PAINTING | INVOICE OF 8/31/18 | 2690-000 | | 1,382.55 | 387,248.71 |
| 10/15/18 | 147 | JAF CONSTRUCTION, LLC | MULTIPLE INVOICES FOR REPAIRS IN AUGUST AND SEPTEMBER | 2690-000 | | 6,251.26 | 380,997.45 |
| 10/15/18 | 148 | BUCKLEY APPRAISAL SERVICES, INC. | INVOICE B22470, 10/1/18, APPRAISAL FOR R.E. ASSESSMENT APPEAL | 2690-000 | | 3,000.00 | 377,997.45 |
| 10/15/18 | 149 | AP MECHANICAL | HVAC REPAIRS AND SERVICE CONTRACT | 2690-000 | | 2,710.00 | 375,287.45 |
| 10/15/18 | 150 | FLOOR COVERING WAREHOUSE | CARPET INSTALLATION - SIGNATURE GROUP CONSTRUCTION | 2690-000 | | 1,847.13 | 373,440.32 |
| 10/15/18 | 151 | PRO-TECH HEATING & AIR CONDITIONING CO. | HVAC REPAIRS AND CLEANING | 2690-000 | | 3,892.41 | 369,547.91 |
| 10/15/18 | 152 | OPTIMUM | CABLE SERVICE FOR BUILDING | 2690-000 | | 195.31 | 369,352.60 |
| 10/15/18 | 153 | M&J CLEANING SOLUTIONS | BUILDING/OFFICE CLEANING | 2690-000 | | 2,974.80 | 366,377.80 |
| 10/15/18 | 154 | MICHAEL SPRINGER | MAINTENANCE/PORTER AND MISCELLANEOUS REPAIRS | 2690-000 | | 705.00 | 365,672.80 |
| 10/15/18 | 155 | GREAT NORTHERN ELEVATOR COMPANY | CAPITAL ELEVATOR REPAIR - PAYMENT #2 | 2690-000 | | 18,717.43 | 346,955.37 |
| 10/15/18 | 156 | STPEHEN VERSES LANDSCAPING | LANDSCAPING CONTRACT AND ADDITIONAL CLEANUP/REPAIR WORK | 2690-000 | | 6,216.16 | 340,739.21 |
| 10/15/18 | 157 | WINTERS BROS. HAULING | TRASH PICKUP | 2690-000 | | 393.15 | 340,346.06 |
| 10/15/18 | 158 | FRONTIER | ELEVATOR EMERGENCY PHONES | 2690-000 | | 152.47 | 340,193.59 |
| 10/15/18 | 159 | FOLEY'S PUMP SERVICE | SEWAGE PUMP CONTRACT | 2690-000 | | 149.95 | 340,043.64 |
| 10/15/18 | 160 | STATE OF CONNECTICUT BUREAU OF BOILERS | BOILER INSPECTION/CERTIFICATE FEE | 2690-000 | | 80.00 | 339,963.64 |
| 10/15/18 | 161 | GREAT NORTHERN ELEVATOR COMPANY | ELEVATOR MAINTENANCE CONTRACT | 2690-000 | | 550.89 | 339,412.75 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.06 | 339,100.69 |
| 11/20/18 | | NATL BK TUCSON | BALANCE OF SALE PROCEEDS | | 1,039,361.06 | | 1,378,461.75 |

Subtotals : $1,039,361.06 $56,216.55

{} Asset reference(s)

Printed: 10/11/2019 09:40 AM    V.14.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 16-50425  
**Case Name:** PARKLANDS OFFICE PARK, LLC  

**Taxpayer ID #:** **-***6351  
**Period Ending:** 10/11/19  

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $16,467,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {1} | NATL BK TUCSON | BALANCE OF SALE PROCEEDS    3,336,147.66 | 1110-000 | | | 1,378,461.75 |
| | | 110 PARKLANDS LLC | MORTGAGE PAYOFF    -2,243,184.16 | 4110-000 | | | 1,378,461.75 |
| | | DARIEN TOWN CLERK/ STATE OF CT | CONVEYANCE TAXES    -52,500.00 | 2500-000 | | | 1,378,461.75 |
| | | DARIEN TOWN CLERKR | RECORDING FEES    -140.00 | 2500-000 | | | 1,378,461.75 |
| | | DARIEN TAX COLLECTOR | SEWER AND SEWER    -962.44<br>USE PAYMENTS | 2500-000 | | | 1,378,461.75 |
| 12/02/18 | 162 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/02/2018 FOR CASE #16-50425 | 2300-000 | | 230.39 | 1,378,231.36 |
| 12/12/18 | 163 | ZEISLER & ZEISLER, PC. | POST CONFIRMATION COMPENSATION PER ORDER OF 12/12/18 | 6210-160 | | 110,151.63 | 1,268,079.73 |
| 01/16/19 | 164 | 110 PARKLANDS LLC | ADDITIONAL ATTORNEYS FEES ALLOWED TO SECURED CREDITOR | 4110-000 | | 19,851.19 | 1,248,228.54 |
| 07/03/19 | 165 | CLERK | Dividend paid 100.00% on $181.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 181.00 | 1,248,047.54 |
| 07/03/19 | 166 | RICHARD M. COAN | Dividend paid 100.00% on $111,358.51, Trustee Compensation;  Reference: | 2100-000 | | 111,358.51 | 1,136,689.03 |
| 07/03/19 | 167 | RICHARD M. COAN | Dividend paid 100.00% on $315.71, Trustee Expenses;  Reference: | 2200-000 | | 315.71 | 1,136,373.32 |
| 07/03/19 | 168 | Connecticut Department of Revenue Services | Dividend paid 100.00% on $52,232.82, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 52,232.82 | 1,084,140.50 |
| 07/03/19 | 169 | A.P. Mechanical, LLC | Dividend paid 100.00% on $3,383.91; Claim# 1; Filed: $3,383.91; Reference:  -- | 7100-000 | | 3,383.91 | 1,080,756.59 |
| 07/03/19 | 170 | Daniel W. Moger, Jr., LLC | Dividend paid 100.00% on $11,865.00; Claim# 2; Filed: $11,865.00; Reference:  -- | 7100-000 | | 11,865.00 | 1,068,891.59 |
| 07/03/19 | 171 | Connecticut Light & Power DBA Eversource | Dividend paid 100.00% on $29,394.79; Claim# 3; Filed: $29,394.79; Reference:  -- | 7100-000 | | 29,394.79 | 1,039,496.80 |
| 07/03/19 | 172 | Power Play Marketing & Media, LLC | Dividend paid 100.00% on $52,463.95; Claim# 4; Filed: $52,463.95; Reference:  -- | 7100-000 | | 52,463.95 | 987,032.85 |
| 07/03/19 | 173 | Progressive Capital Management Corp. | Dividend paid 100.00% on $32,000.00; Claim# 6; Filed: $32,000.00; Reference:  -- | 7100-000 | | 32,000.00 | 955,032.85 |
| 07/03/19 | 174 | Connecticut Light & Power DBA Eversource | Dividend paid 100.00% on $16,858.67; Claim# 7; Filed: $16,858.67; Reference:  -- | 7100-000 | | 16,858.67 | 938,174.18 |
| 07/03/19 | 175 | A.P. Mechanical, LLC | Dividend paid 100.00% on $0.00; Claim# 1A; Filed: $0.00; Reference:  -- | 7990-000 | | 71.74 | 938,102.44 |

Subtotals :    $0.00    $440,359.31

{} Asset reference(s)    Printed: 10/11/2019 09:40 AM    V.14.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 16-50425 | Trustee: | RICHARD M. COAN (270140) |
| --- | --- | --- | --- |
| Case Name: | PARKLANDS OFFICE PARK, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***6351 | Blanket Bond: | $16,467,558.00 (per case limit) |
| Period Ending: | 10/11/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/03/19 | 176 | Daniel W. Moger, Jr., LLC | Dividend paid 100.00% on $0.00; Claim# 2A; Filed: $0.00; Reference: -- | 7990-000 | | 251.52 | 937,850.92 |
| 07/03/19 | 177 | Connecticut Light & Power DBA Eversource | Dividend paid 100.00% on $0.00; Claim# 3A; Filed: $0.00; Reference: -- | 7990-000 | | 623.14 | 937,227.78 |
| 07/03/19 | 178 | Power Play Marketing & Media, LLC | Dividend paid 100.00% on $0.00; Claim# 4A; Filed: $0.00; Reference: -- | 7990-000 | | 1,112.18 | 936,115.60 |
| 07/03/19 | 179 | Progressive Capital Management Corp. | Dividend paid 100.00% on $0.00; Claim# 6A; Filed: $0.00; Reference: -- | 7990-000 | | 678.36 | 935,437.24 |
| 07/03/19 | 180 | Connecticut Light & Power DBA Eversource | Dividend paid 100.00% on $0.00; Claim# 7A; Filed: $0.00; Reference: -- | 7990-000 | | 357.39 | 935,079.85 |
| 07/03/19 | 181 | PARKLANDS OFFICE PARK, LLC | Dividend paid 100.00% on $935,079.85; Claim# SURPLUS; Filed: $935,079.85; Reference: -- | 8200-002 | | 935,079.85 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 1,575,243.43 | 1,575,243.43 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 1,575,243.43 | 1,575,243.43 | |
| Less: Payments to Debtors | | 935,079.85 | |
| NET Receipts / Disbursements | $1,575,243.43 | $640,163.58 | |

| | |
| --- | --- |
| Net Receipts : | 1,575,243.43 |
| Plus Gross Adjustments : | 2,296,786.60 |
| Less Payments to Debtor : | 935,079.85 |
| Net Estate : | $2,936,950.18 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******1666 | 1,575,243.43 | 640,163.58 | 0.00 |
| | $1,575,243.43 | $640,163.58 | $0.00 |

{} Asset reference(s)

Printed: 10/11/2019 09:40 AM V.14.57